IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICIA BEGAY,

      Plaintiff,

                                         Case No.   18-cv-615-JAP-SCY

  v.

DEVILLE ASSET MANAGEMENT, LTD.,

      Defendant.

## **DEFAULT JUDGMENT**

On June 29, 2018, Plaintiff Patricia Begay filed a claim against Defendant DeVille Asset Management, Ltd. under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. Defendant was served on July 16, 2018, but failed to answer or otherwise respond to the Complaint. On August 20, 2018, Plaintiff moved for the entry of default (Doc. 4). The Clerk entered the default (Doc. 6) on August 21, 2018.

On August 23, 2018, Plaintiff filed a Motion for Default Judgment (Doc. 7). Plaintiff requests judgment in her favor in the amount of $4480.00, which includes $1000 in statutory damages, $3000 in attorney's fees, and $480 in costs. At the October 4, 2018, hearing on Plaintiff's Motion, attorney Amorette Rinkleib appeared telephonically on behalf of Plaintiff. Defendant did not appear or otherwise respond to the Notice of Hearing (Doc. 8).

After considering Plaintiff's Motion, the arguments of counsel at the hearing, the declaration of attorney Russell Thompson (Doc. 7-1), and the itemized statements of costs and fees submitted by counsel, the Court will grant the Motion.

IT IS THEREFORE ORDERED that:

(1)  Plaintiff's Motion for Default Judgment (Doc. 7) is GRANTED; and

(2)  Default Judgment is entered in favor of Plaintiff against Defendant DeVille Asset Management, Ltd. in the amount of $4,480. This total is comprised of statutory damages in the amount of $1,000 under 15 U.S.C. §1692(k)(a)(2)(A), $3,000 in attorneys' fees, and $480 in costs under 15 U.S.C. § 1692(k)(a)(3).

_____
SENIOR UNITED STATES DISTRICT JUDGE